

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2023

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Tyrone Coleman*, 23 Cr. 84 (PMH)

Dear Judge Halpern:

As the Court knows, a status conference is scheduled in the above-referenced case next week, on April 24, 2023 at 11:30. The Government respectfully requests that the Court grant an adjournment of that conference for approximately 30 days, to permit the parties to continue discussions relating to a potential disposition of the case without the need for a trial. The defense consents to this application.

Should the Court grant the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the rescheduled conference, to permit the parties to review discovery and discuss a potential resolution.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Derek Wikstrom
Derek Wikstrom
Assistant United States Attorney
(212) 637-1085

---

Application granted. The April 24, 2023 conference is hereby adjourned to May 30, 2023 at 11:00 a.m.

The Government is directed to file a proposed order excluding time under the Speedy Trial Act by 12:00 p.m. on April 24, 2023.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       April 21, 2023