# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

---

Application granted. The status conference will proceed as scheduled on September 18, 2023 at 2:30 p.m.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
   July 10, 2023

---

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Tyrone Coleman*, 23 Cr. 84 (PMH)

Dear Judge Halpern,

I write on Mr. Coleman's behalf to request an adjournment of the briefing schedule for pretrial motions, which are currently due on Tuesday, July 11, 2023.

By way of background, Mr. Coleman is charged in an information with one count of Hobbs Act Robbery in violation of 18 U.S.C. § 1951 and one count of being a Felon in Possession in violation of 18 U.S.C. § 922(g).

On May 30, 2023, the parties appeared before this Court for a status conference and the Court set a briefing schedule for pretrial motions. On June 16, 2023, we requested, and were granted, an extension of that briefing schedule to engage in negotiations to resolve some or all of this case before trial. The Court also set a status conference for September 18, 2023, at 2:30 p.m. ECF No. 26. The parties continue to engage in negotiations to reach a disposition and respectfully request a further adjournment of the briefing schedule as follows:

(1)   any pretrial motions shall be served and filed by **7/28/2023**;
(2)   opposition to Defendant's pretrial motions shall be served and filed by **8/18/2023**; and
(3)   reply papers, if any, shall be served and filed by **9/1/2023**.

If the Court would still like to hold a status hearing on September 18, 2023, the parties remain available. Alternatively, the Court can reschedule the status hearing (or an evidentiary hearing, if needed) for a date further after the briefing schedule's conclusion at the Court's convenience.

Time remains excluded through the trial date, January 22, 2024.

I have talked to Assistant United States Attorney Derek Wikstrom about this requested adjournment. He has no objection. The above dates also align with his schedule.

Respectfully,

Rachel Martin, Esq.
Assistant Federal Public Defender

cc:   Derek Wikstrom, Esq.
      Lise Rahdert, Esq.