# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4225

Chambers of
**Hon. Victoria Reznik**
United States Magistrate Judge

| |
|---|
| **USDC SDNY** |
| **Document** |
| **Electronically Filed** |
| **Doc #**  _____ |
| **Date Filed:  July 26, 2023** |

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

               Plaintiff

   -against-

Tyrone Coleman,

               Defendant.

---------------------------------------------------------X

**SCHEDULING ORDER**

7:23-cr-00084-PMH

TO ALL PARTIES:
The Court has scheduled a  bail hearing for 7/27/2023 at 2:30 pm before Magistrate Judge Victoria Reznik. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Dated:  7/26/2023
       White Plains, New York

                       SO ORDERED:

                       s/       VR
                       _____
                       VICTORIA REZNIK
                       United States Magistrate Judge