UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
**TYRONE COLEMAN**,               :     7-23-cr-00084- PMH
          Defendant.          :
                                  :
-----------------------------------------------------------x

A Change of Plea Hearing is scheduled in this matter on <u>August 22, 2023 at 12:00 p.m.</u> in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Please ensure that the plea agreement, and any other documents necessary for the Court's review and consideration for the August 22nd hearing, are provided to the Court by August 15, 2023.

Dated: August 3, 2023       SO ORDERED:

_____
Philip M. Halpern, U.S.D.J