UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**TYRONE COLEMAN**,
          Defendant.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

7-23-cr-00084- PMH

The Change of Plea Hearing scheduled in this matter for August 22, 2023 is rescheduled to August 28, 2023 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Please ensure that the plea agreement, and any other documents necessary for the Court's review and consideration for the August 28th hearing, are provided to the Court by August 21, 2023.

Dated: August 7, 2023    SO ORDERED:

_____
Philip M. Halpern, U.S.D.J