UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :    **ORDER**
v.                                  :
                                    :
**TYRONE COLEMAN**,                 :
               Defendant.    :    7-23-cr-00084- PMH
                                    :
-----------------------------------------------------------x

      Defendant was scheduled to appear for a Change of Plea Hearing on August 28, 2023 at 2:30 p.m. Defendant refused to appear in court for the proceeding. The Change of Plea Hearing is rescheduled to September 5, 2023 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

      White Plains, New York

      Dated: August 28, 2023              SO ORDERED:

                                                                         Philip M. Halpern,

                                                                         United States District Judge