# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

Southern District

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2023

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Unite[d States v. …]*

Dear Judge Halpern:

I am writing [to request that the Change of Plea hearing scheduled for] September 5, 2023 [be rescheduled to the week of] October 2. I am also [requesting that the Court modify the sche]dule accordingly.

It is defense [counsel's understanding that the defendant intends t]o enter a guilty plea to an ag[reement that was provided by] AUSA. Wikstrom on Augus[t …was brought] to Court on August 28. The Cou[rt …]23. Unfortunately, I ha[ve …Mr.] Coleman since August 28, an[d …Septemb]er 5 will not give me enough tim[e …]time to contact the client, h[e …]y refused the August 28 transport.

---

**[SO ORDERED STAMP:]**

Application granted. The parties' responsive motions are held in abeyance and the status conference scheduled for September 18, 2023 is canceled.

The Change of Plea Hearing scheduled for September 5, 2023 is hereby rescheduled to October 4, 2023 at 12:00 p.m. in Courtroom 520 of the White Plains Courthouse. It is the responsibility of the Government to have Defendant produced to the White Plains Courthouse at that time.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       August 31, 2023

---

On July 10, the Court issued a pretrial schedule requiring defense motions be submitted by July 28, government responses by August 18, and defense replies by September 1. The Court also scheduled a September 18 status hearing and a January 22, 2024 trial. This letter requests that the September 18 status hearing and the parties responsive motions be held in abeyance pending the rescheduled plea hearing.

I have discussed the above requests with AUSA Derek Wikstrom. He has no objection.

Thank you for considering these requests.

Respectfully,

_____
Rachel Martin, Esq.
Assistant Federal Public Defender

cc:    Derek Wikstrom, Esq.