# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

---

> Application granted. The Change of Plea Hearing scheduled for October 4, 2023 is hereby rescheduled to September 26, 2023 at 2:00 p.m. in Courtroom 520 of the White Plains Courthouse. It is the responsibility of the Government to have Defendant produced to the White Plains Courthouse at that time.
>
> SO ORDERED.
>
> /s/ *signature*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 19, 2023

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Tyrone Coleman*, 23 CR 84 (PMH)

Dear Judge Halpern,

I write to request that Mr. Coleman's plea hearing, now scheduled for October 4, 2023, be moved to an earlier date, if possible.

By way of background, Mr. Coleman was scheduled to plead guilty on August 28. The proceeding was adjourned because Mr. Coleman allegedly refused to come to Court. The Court kindly granted my request to reschedule the plea for October 4, 2023 to allow me time to speak with my client. I was finally able to get in touch with Mr. Coleman late last week and he is ready to proceed to a plea as soon as possible.

If the Court has availability to move the plea to this week or next, defense counsel requests any of the following times:

| | |
|---|---|
| September 22: | Any time |
| September 26: | Any time |
| September 27: | Any time except from 9:30 to 11:30 a.m. |
| September 28: | Any time |
| September 29: | Any time after 12 p.m. |

The government is also available at any of the above times. Thank you for considering this request.

Respectfully,

_____
Rachel Martin, Esq.
Assistant Federal Public Defender

cc:   Derek Wikstrom, Esq.