UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **RESCHEDULING ORDER** |
| TYRONE COLEMAN,  Defendant. | 7:23-cr-00084-PMH |

-----------------------------------------------------------x

Sentencing in this matter currently scheduled for January 23, 2024 at 2:30 p.m. is advanced to 4:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       December 22, 2023

_____
Philip M. Halpern
United States District Judge