# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

---

> Application granted. Defendant's sentencing will proceed as scheduled on January 23, 2024 at 4:30 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 11, 2024

---

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        **Re:**   *United States v. Tyrone Coleman*, 23 Cr. 84 (PMH)

Dear Judge Halpern,

      I write on Mr. Coleman's behalf to request an opportunity to file a reply to the government's sentencing letter. Therein, the government raised a substantive issue that I did not address in my sentencing submission: whether an enhancement under U.S.S.G. § 2K2.1(b)(6)(B) applies. Because Mr. Wikstrom did not object to the PSR's findings with regard to this enhancement, I believed the government had conceded the point.

      I am having a long-scheduled medical procedure tomorrow and Friday. Thus, I would like to file my reply no later than Tuesday, January 16, 2024.

      If this request will result in Mr. Coleman's sentencing being adjourned, I will forgo the reply and address the issue orally at the sentencing proceeding. Mr. Coleman would very much like to be sentenced as scheduled (on January 23).

                                                    Respectfully,

                                                    Rachel Martin
                                                    _____
                                                    Rachel Martin, Esq.
                                                    Assistant Federal Public Defender

cc:     Derek Wikstrom, Esq.