UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA        :

                                       :

v.                                    :

                                       :

TYRONE COLEMAN,        :

                                       :

               Defendant.        :
--------------------------------------------------------------x

**SCHEDULING ORDER**

7:23-cr-00084 (PMH)

A VOSR Status Conference is scheduled for April 23, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 at that time.

**SO ORDERED:**

Dated: White Plains, New York
      April 3, 2026

_____

Philip M. Halpern
United States District Judge