# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
Plains, NY 10601
ax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

nnifer L. Brown
*Attorney-in-Charge*

> Defense counsel is directed to contact the magistrate judge on duty to schedule a change of counsel hearing. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 54).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 28, 2026

May 28, 2026

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Tyrone Coleman*, 23 Cr. 84 (PMH)

Dear Judge Halpern:

I am writing to inform the Court that Mr. Coleman has requested appointment of a new attorney. Since receiving Mr. Coleman's request for new counsel, I have spoken to Mr. Coleman and Mr. Coleman confirmed his desire for a new attorney. There has been a breakdown of the attorney-client relationship, and I am unable to effectively represent Mr. Coleman and respectfully request that the Court relieve the Federal Defenders and appoint new counsel.

AUSA Timothy Deal and I are available June 1, 2026, and June 2, 2026, for the requested change of counsel hearing before this Court or the magistrate judge on duty.

Sincerely,

Sungso Lee

cc:  AUSA Timothy Deal